LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
1420 E Cooley Dr., Suite 100
Colton, CA 92324
    Telephone:  [909] 796-4560
    Facsimile:   [909] 796-3402
    E-Mail:      fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARGARET REED HICKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security Administration,<br><br>    Defendant. | No. EDCV 18-0865 MRW<br><br><s>PROPOSED</s> ORDER AWARDING EAJA FEES PURSUANT TO 42 U.S.C. § 406(b) |

## ORDER

IT IS SO ORDERED. Counsel for the Plaintiff is hereby awarded the gross fee of $14,458.88 pursuant to 42 U.S.C. § 406(b) which includes the amount of the $6,000 fee deducted for administrative fees. Plaintiff's counsel is also ordered to refund the EAJA fees paid by the Commissioner in the amount of $4,000 to the plaintiff resulting in a net fee paid to counsel of Ten Thousand Four Hundred Fifty-eight dollars and 88/100. [$10,458.88.]

Date: March 18, 2020        /s/ Judge Wilner
_____

MICHAEL R. <s>WILMER</s>
U.S. MAGISTRATE JUDGE

i